UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

CRAIG D. WILSON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, AND
POLLACK AND ROSEN, P.A.,

    Defendants.

_____/

# COMPLAINT
# JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

2.    Defendants filed a state court suit against Plaintiff for a debt that is not his debt and did so in a county where he does not reside for the purpose of obligating Plaintiff to defend the suit in a county distant from his true residence.

## JURISDICTION AND VENUE

3.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendants filed a state court suit against Plaintiff in Miami-Dade County, Florida.

## PARTIES

4.    Plaintiff, CRAIG D. WILSON, is a natural person and citizen of the State of Florida residing in Palm Beach County, Florida.

5. Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, ("Portfolio") is a limited liability company formed under the laws of the State of Delaware with its principal place of business at 120 Corporate Boulevard, Norfolk, Virginia 23502.

6. Portfolio is registered with the Florida Secretary of State as a limited liability company. The Secretary's records show Defendant's registered agent as Corporation Service Company, 1201 Hayes Street, Tallahassee, Florida 32301.

7. Portfolio is registered with the Florida Office of Financial Regulation as a consumer collection agency.

8. Portfolio regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

9. Portfolio regularly purchases portfolios of defaulted consumer debt.

10. Portfolio is a "debt collector" as defined in the FDCPA.

11. Defendant, POLLACK AND ROSEN, P. A., ("Pollack") is a professional association formed under the laws of the State of Florida with its principal place of business at 806 Douglas Road, South Tower, Suite 200, Coral Gables, Florida 33134.

12. Pollack is registered with the Florida Secretary of State as a professional association. The Secretary's records show Defendant's registered agent as Neal Farr, 806 Douglas Road, South Tower, Suite 200, Coral Gables, Florida 33134.

13. Pollack regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

14. Pollack regularly collects or attempts to collect debts for other parties.

15. Pollack is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

16. Pollack filed suit, on behalf of Portfolio, against Plaintiff in state court in Miami-Dade County, Florida seeking to collect a defaulted debt.

17. The suit alleges Craig Wilson failed to pay a debt due to WEBBANK for items allegedly purchased from Fingerhut, and that Portfolio is the assignee of WEBBANK.

18. Fingerhut is a mail-order vendor of items used for personal, family and household use, and, thus, Plaintiff believes the alleged purchases related to such items.

19. On February 15, 2017, Defendants personally served Plaintiff with the state court summons and complaint, attached as Exhibit "A", at his residence in Palm Beach County, Florida.

20. Plaintiff has never had an account with or made any purchases from either WEBBANK or Fingerhut and, consequently, is not indebted to Portfolio.

21. At the time of the service of the state court summons and complaint, Plaintiff was a resident of Palm-Beach County, Florida.

22. The state court complaint alleges that Plaintiff is a resident of Miami-Dade County, Florida.

23. The state court complaint attaches statements regarding the alleged debt listing the obligor as "Craig Wilson" and listing his address as Apartment 202, 460 NW 214 Street, Miami, Florida.

24. Plaintiff has never resided at the address listed in the account statements.

25. Plaintiff did not sign any agreement for credit in Miami-Dade County, Florida regarding the alleged debt.

26. Defendants filed a state court suit against Plaintiff for a debt that is not his debt and did so in a county where he does not reside for the purpose of obligating Plaintiff to defend the suit in a county distant from his true residence.

### COUNT I
### FALSE, DECEPTIVE, OR MISLEADING REPRESENTATION

27. Plaintiff incorporates Paragraphs 1 through 26.

28. Defendants falsely represented that Plaintiff was obligated for the alleged debt in violation of 15 U.S.C. §1692e generally and §1692e(2)(A), in particular.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

### COUNT II
### FILING SUIT IN A COUNTY WHERE PLAINTIFF DOES NOT RESIDE AND DID NOT SIGN THE ALLEGED AGREEMENT

29. Plaintiff incorporates Paragraphs 1 through 26.

30. Defendants sued Plaintiff in a county where he does not reside and did not sign the agreement giving rise to the alleged debt in violation of 15 U.S.C. §1692i.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## COUNT III
## FALSE REPRESENTATION OF COUNTY OF RESIDENCE

31.    Plaintiff incorporates Paragraphs 1 through 26.

32.    Defendants falsely represented that Plaintiff was a resident of Miami-Dade County, Florida for the purpose of obligating Plaintiff to defend the suit in a county distant from his true residence in violation of 15 U.S.C. §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
Email: don@donyarbrough.com

By: s/ Donald A. Yarbrough

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658